UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2©)**

ANTHONY LANDOLFI, ESQUIRE
Professional Services Building
295 Bridgeton Pike
PO Box 111
Mantua, NJ 08051
(856) 468-5900
Attorney for Debtor

**Order Filed on September 19, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

ROBERT M. MORACE,

                Debtor.

Case No.: 17-27250

Adv. No.:

Hearing Date: September 19, 2017

Judge: Jerrold N. Poslusny

## ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 19, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(PAGE 2)**

Debtor:          Robert M. Morace

Case No.:     17-27250 (JNP)

Caption of Order:     Order Extending the Automatic Stay as to All Creditors

---

Upon consideration of debtor's motion to extend the automatic stay as to all creditors and good cause appearing therefore, it is hereby:

**ORDERED** that:

1.     The automatic stay provisions of the bankruptcy code are hereby extended as to all creditors in this case pending further order of this Court.