---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2©)**

ANTHONY LANDOLFI, ESQUIRE
Professional Services Building
295 Bridgeton Pike
PO Box 111
Mantua, NJ 08051
(856) 468-5900
Attorney for Debtor

**Order Filed on September 19, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

ROBERT M. MORACE,

      Debtor.

Case No.: 17-27250

Adv. No.:

Hearing Date: September 19, 2017

Judge: Jerrold N. Poslusny

**ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS**

  The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 19, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(PAGE 2)**

Debtor: Robert M. Morace

Case No.: 17-27250 (JNP)

Caption of Order: Order Extending the Automatic Stay as to All Creditors

---

Upon consideration of debtor's motion to extend the automatic stay as to all creditors and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The automatic stay provisions of the bankruptcy code are hereby extended as to all creditors in this case pending further order of this Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-27250-JNP
Robert M. Morace                                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Sep 19, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
db             +Robert M. Morace,    413 Eryn Road,    Wenonah, NJ 08090-1609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
              Anthony Landolfi    on behalf of Debtor Robert M. Morace anthony@landolfilaw.com,
               kathy@landolfilaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George C. Greatrex, Jr.    on behalf of Creditor    Lakes at Bankbridge Homeowners Association,
               Inc. ggreatrex@sgglawfirm.com, kmuchler@verizon.net
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5