| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>George C. Greatrex, Jr., Esquire<br>SHIVERS, GOSNAY & GREATREX, LLC<br>Cherry Hill Plaza, Suite 309<br>1415 Route 70 East<br>Cherry Hill, NJ  08034<br>(856) 616-8080<br>Attorneys for Movant, Lakes at Bankbridge Homeowners Association | Case No.:  17-27250<br><br>Chapter:  13 |
| In Re:<br><br>Robert M. Morace, Debtor | Adv. No.:  Click or tap here to enter text.<br><br>Hearing Date:  March 20, 2018 @ 10am<br><br>Judge:  Jerrold N. Poslusny, Jr. |

# CERTIFICATION OF SERVICE

1. I, Kimberly A. Muchler:

    ☐ represent Click or tap here to enter text. in this matter.

    ☒ am the secretary/paralegal for George C. Greatrex, Jr., Esq., who represents Lakes at Bankbridge HOA in this matter.

    ☐ am the Click or tap here to enter text. in this case and am representing myself.

2. On March 8, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Secured Creditor's Response in Opposition to Debtor's Motion to Object to Secured Creditor's Proof of Claim, proposed form of Order and within Certificate of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  March 8, 2018                              /s/Kimberly A. Muchler, Paralegal
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Anthony Landolfi, Esquire<br>Law Office of Anthony Landolfi, Esq. PC<br>295 Bridgeton Pike<br>P.O. Box 111<br>Mantua, NJ 08051 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other efiling<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Robert M. Morace**<br>413 Eryn Road<br>Wenonah, NJ 08090 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Isabel C. Balboa**<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other efiling<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other efiling<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other efiling<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*