UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Shivers, Gosnay & Greatrex, LLC
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
George C. Greatrex, Jr., Esquire
(856) 616-8080
(856) 616-8081 (fax)
Attorneys for Creditor/Movant Lakes at Bankbridge Homeowners Association

In Re:
In Re:
ROBERT M. MORACE

Case No.: 17-27250-JNP
Chapter: 13
Hearing Date: 3/27/18
Judge: JNP

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

I certify that with respect to the Consent Order __Resolving Debtor's Motion to Modify Claim__ submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: 3/23/18

/s/George C. Greatrex, Jr., Esq.
Signature of Attorney

rev.8/1/15