| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Shivers, Gosnay & Greatrex, LLC<br>1415 Route 70 East, Suite 309<br>Cherry Hill, NJ 08034<br>George C. Greatrex, Jr., Esquire<br>(856) 616-8080<br>(856) 616-8081 (fax)<br>Attorneys for Creditor/Movant Lakes at Bankbridge Homeowners Association | Order Filed on March 26, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ROBERT M. MORACE<br><br>                    Debtor | Case No. 17-27250-JNP<br><br>Chapter 13<br><br>Adv. No.:<br><br>Hearing Date: **March 27, 2018 @ 10:00 a.m.**<br><br>Judge:  Jerrold N. Poslusny, Jr. |

**STIPULATION AND CONSENT ORDER RESOLVING DEBTOR'S MOTION TO MODIFY PROOF OF CLAIM OF LAKES AT BANKBRIDGE<br>HOMEOWNERS ASSOCIATION**

    The relief set forth on the following pages, numbered two  2  is hereby **ORDERED**.

**DATED: March 26, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This Stipulation and Consent Order ("Stipulation") is made this _____ day of March, 2018 by and between Robert M. Morace (hereinafter referred to as "Debtor"), by and through his counsel, Anthony Landolfi, Esquire and Lakes at Bankbridge Homeowners Association ("Creditor"), by and through its counsel, Shivers, Gosnay & Greatrex, LLC.

The parties have agreed to resolve the issues raised by the Debtor's Motion, as follows:

1. Proof of Claim No. 1 filed on August 29, 2017 by secured Creditor in the amount of $6,166.17 shall be reduced to $4,166.17; and

2. Creditor shall file an Amended Proof of Claim to reflect the amount of $4,166.17 upon entry of this Consent Order.

**SHIVERS, GOSNAY & GREATREX, LLC**

By:/s/George C. Greatrex
    George C. Greatrex, Jr., Esquire
    Cherry Hill Plaza, Suite 309
    1415 Route 70 East
    Cherry Hill, NJ  08034
    Attorney for Creditor

**LAW OFFICE OF ANTHONY LANDOLFI, ESQ. PC**

/s/Anthony Landolfi, Esquire
    Anthony Landolfi, Esquire
    295 Bridgeton Pike
    P.O. Box 111
    Mantua, NJ 08051
    Attorney for Debtor

### INTERESTED PARTIES TO BE SERVED

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

United States Trustee
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102-5235