# *ANTHONY LANDOLFI, ESQ., PC*
ATTORNEY AT LAW

TELEPHONE: (856)468-5900
FACSIMILE: (856)415-0336
EMAIL: anthony@landolfilaw.com

PROFESSIONAL SERVICES BUILDING
295 BRIDGETON PIKE
P.O. BOX 111
MANTUA, NEW JERSEY 08051

March 20, 2018

**FILED**
JEANNE A. NAUGHTON, CLERK
MAR 22 2018
U.S. BANKRUPTCY COURT
BY _____

To All Creditors on Matrix

## NOTICE OF CONFIRMATION HEARING ADJOURNMENT

RE:   Robert M. Morace
      Bankruptcy Case No: 17-27250 (JNP)
      Our File No: 17-1045

**Confirmation Hearing Date: April 4, 2018 / 10:00 AM**

Dear Madam/Sir:

Please be advised that the Confirmation Hearing for the above referenced debtor, has been adjourned from Wednesday, March 21, 2018 to **Wednesday, April 4, 2018 at 10:00 A.M.**

Should you have any questions or concerns with regard to this matter, please feel free to contact my office.

Sincerely,

*Anthony Landolfi*
Anthony Landolfi, Esquire

AL:ka

cc:   Honorable Jerrold N. Poslusny
      Isabel C. Balboa, Chapter 13 Trustee
      Robert M. Morace, Debtor