|   |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Shivers, Gosnay & Greatrex, LLC<br>1415 Route 70 East, Suite 309<br>Cherry Hill, NJ 08034<br>George C. Greatrex, Jr., Esquire<br>(856) 616-8080<br>(856) 616-8081 (fax)<br>Attorneys for Creditor/Movant Lakes at<br>Bankbridge Homeowners Association | Order Filed on March 26, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ROBERT M. MORACE<br><br>Debtor | Case No. 17-27250-JNP<br><br>Chapter 13<br><br>Adv. No.:<br><br>Hearing Date: **March 27, 2018 @ 10:00 a.m.**<br><br>Judge: Jerrold N. Poslusny, Jr. |

**STIPULATION AND CONSENT ORDER RESOLVING DEBTOR'S MOTION TO MODIFY PROOF OF CLAIM OF LAKES AT BANKBRIDGE HOMEOWNERS ASSOCIATION**

The relief set forth on the following pages, numbered two  2  is hereby **ORDERED**.

**DATED: March 26, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This Stipulation and Consent Order ("Stipulation") is made this _____ day of March, 2018 by and between Robert M. Morace (hereinafter referred to as "Debtor"), by and through his counsel, Anthony Landolfi, Esquire and Lakes at Bankbridge Homeowners Association ("Creditor"), by and through its counsel, Shivers, Gosnay & Greatrex, LLC.

The parties have agreed to resolve the issues raised by the Debtor's Motion, as follows:

1. Proof of Claim No. 1 filed on August 29, 2017 by secured Creditor in the amount of $6,166.17 shall be reduced to $4,166.17; and

2. Creditor shall file an Amended Proof of Claim to reflect the amount of $4,166.17 upon entry of this Consent Order.

**SHIVERS, GOSNAY & GREATREX, LLC**

By:/s/George C. Greatrex
George C. Greatrex, Jr., Esquire
Cherry Hill Plaza, Suite 309
1415 Route 70 East
Cherry Hill, NJ  08034
Attorney for Creditor

**LAW OFFICE OF ANTHONY LANDOLFI, ESQ. PC**

/s/Anthony Landolfi, Esquire
Anthony Landolfi, Esquire
295 Bridgeton Pike
P.O. Box 111
Mantua, NJ 08051
Attorney for Debtor

**INTERESTED PARTIES TO BE SERVED**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

United States Trustee
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102-5235

United States Bankruptcy Court
District of New Jersey

In re:  
Robert M. Morace  
    Debtor

Case No. 17-27250-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 26, 2018  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2018.  
db        +Robert M. Morace,    413 Eryn Road,    Wenonah, NJ 08090-1609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2018 at the address(es) listed below:

        Anthony   Landolfi    on behalf of Debtor Robert M. Morace anthony@landolfilaw.com,    kathy@landolfilaw.com  
        Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        George C. Greatrex, Jr.    on behalf of Creditor   Lakes at Bankbridge Homeowners Association, Inc. ggreatrex@sgglawfirm.com,    kmuchler@verizon.net  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        John R. Morton, Jr.    on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                      TOTAL: 7