UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Ditech Financial LLC

In Re:

Robert M. Morace

          Debtor(s)

Case No.:    17-27250-JNP

Chapter:    13

Hearing Date:    04/04/2018

Judge:    Jerrold N. Poslusny, J.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Objection to Confirmation of Plan filed on October 5, 2017; Docket No. 16.

_____

Date: 04/03/2018

/s/ Denise Carlon
Signature

*rev.8/1/15*