UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Anthony Landolfi, Esquire
Professional Services Building
295 Bridgeton Pike
P.O. Box 111
Mantua, New Jersey  08051
(856)468-5900
Attorney for Debtor

In Re:

    ROBERT M. MORACE,
                        Debtor.

**Order Filed on April 5, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-27250

Chapter: 13

Judge: Jerrold N. Poslusny

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 5, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Anthony Landolfi_____, the applicant, is allowed a fee of $ _____900.00_____ for services rendered and expenses in the amount of $_____3.10_____ for a total of $_____903.10_____ . The allowance is payable:

  ☒  through the Chapter 13 plan as an administrative priority.

  ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*