UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Anthony Landolfi, Esquire
Professional Services Building
295 Bridgeton Pike
P.O. Box 111
Mantua, New Jersey  08051
(856)468-5900
Attorney for Debtor

Order Filed on April 5, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

    ROBERT M. MORACE,
                  Debtor.

Case No.:       17-27250

Chapter:        13

Judge:          Jerrold N. Poslusny

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 5, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Anthony Landolfi_____, the applicant, is allowed a fee of $ _____900.00_____ for services rendered and expenses in the amount of $_____3.10_____ for a total of $_____903.10_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Robert M. Morace  
    Debtor

Case No. 17-27250-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 05, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2018.  
db         +Robert M. Morace,    413 Eryn Road,    Wenonah, NJ 08090-1609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2018 at the address(es) listed below:

        Anthony Landolfi    on behalf of Debtor Robert M. Morace anthony@landolfilaw.com, kathy@landolfilaw.com  
        Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        George C. Greatrex, Jr.    on behalf of Creditor   Lakes at Bankbridge Homeowners Association, Inc. ggreatrex@sgglawfirm.com, kmuchler@verizon.net  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        John R. Morton, Jr.    on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William E. Craig    on behalf of Creditor   Ally Financial mortoncraigecf@gmail.com, mortoncraigecf@gmail.com  
                                                                                                                        TOTAL: 8