UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

45284
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Ally Financial

In Re:

ROBERT M. MORACE

**Order Filed on May 1, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No. 17-27250

Judge: (JNP)

**ORDER FOR SECURED AMOUNT TO BE PAID THROUGH DEBTOR'S CHAPTER 13 PLAN AND ADEQUATE PROTECTION PAYMENTS**

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: May 1, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Robert M. Morace
Case No: 17-27250
Caption of Order: Order for secured amount to be paid through Debtor's chapter 13 plan and adequate protection payments

This matter having brought before this Court on an Objection To Confirmation filed by William E. Craig, Esq., attorney for Ally Financial, with the appearance of Anthony Landolfi, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Ally Financial ("Ally") is the holder of a first purchase money security interest encumbering a 2006 GMC Sierra 1500 bearing vehicle identification number 2GTEK63N561160026.**

2. **That the secured amount that Ally shall be paid through the Debtor's plan shall be $16,452.18. This amount is reached using the agreed value of the vehicle of $14,442.39 (the net loan balance), amortized at 5.25% over 48 months. If the Debtor's plan extends beyond 48 months, interest will need to be recomputed.**

3. **That the Chapter 13 Trustee is hereby directed to make an immediate lump sum adequate protection payment to Ally in the amount of $1,722.00 through March 2018 and thereafter, each month, commencing April 2018, make adequate protection payments to Ally in the amount of $246.00. Adequate protection payments to Ally shall be made monthly up to and after confirmation, until all counsel fees have been paid and regular distributions begin to be made to Ally. If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees. If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to Ally until the remaining counsel fees have been paid. The Debtor shall receive a credit for all adequate protection payments made against the total amount to be received by Ally through the plan.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-27250-JNP
Robert M. Morace                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: May 01, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2018.
db             +Robert M. Morace,    413 Eryn Road,    Wenonah, NJ 08090-1609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2018 at the address(es) listed below:
              Anthony   Landolfi    on behalf of Debtor Robert M. Morace anthony@landolfilaw.com,
               kathy@landolfilaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George C. Greatrex, Jr.   on behalf of Creditor    Lakes at Bankbridge Homeowners Association,
               Inc. ggreatrex@sgglawfirm.com,    kmuchler@verizon.net
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.   on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William E. Craig    on behalf of Creditor    Ally Financial mortoncraigecf@gmail.com,
               mortoncraigecf@gmail.com
                                                                                               TOTAL: 8