ANTHONY LANDOLFI, ESQUIRE, P.C.
Professional Services Building
295 Bridgeton Pike
PO Box 111
Mantua, N.J. 08051
(856)468-5900
Attorney for Debtor

_____

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY, CAMDEN DIVISION

|  |  |
|---|---|
| In Re: | **CASE NO:** 17-27250 (JNP) |
| ROBERT M. MORACE, | **CHAPTER 13** |
| Debtors. |  |

_____

# NOTICE OF WITHDRAWAL OF OPPOSITION TO MOTION FOR RELIEF FROM STAY FILED ON BEHALF OF DITECH FINANCIAL, LLC
_____

I, Anthony Landolfi, Attorney at Law of the State of New Jersey and the Attorney of record for the debtor in this case, hereby withdraws Debtor's Opposition to the Motion for Relief from Stay filed on behalf of Ditech Financial, LLC.

Dated: November 26, 2018          */s/ Anthony Landolfi*
                                  Anthony Landolfi, Esquire