Printed on: 01/27/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/1900 to 01/01/1900  
**Case Number: 17-27250 (JNP)**

Robert M. Morace  
413 Eryn Road  
Wenonah, NJ  08090

Monthly Payment: $471.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROBERT M. MORACE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANTHONY LANDOLFI, ESQUIRE | 13 | $3,400.00 | $3,400.00 | $0.00 | $3,400.00 |
| 0 | ANTHONY LANDOLFI, ESQUIRE | 13 | $903.10 | $903.10 | $0.00 | $903.10 |
| 1 | ALLY FINANCIAL | 24 | $16,452.18 | $1,655.70 | $14,796.48 | $1,043.70 |
| 2 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $1,720.49 | $0.00 | $1,720.49 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $469.23 | $0.00 | $469.23 | $0.00 |
| 4 | CREDIT FIRST, N.A. | 33 | $1,160.53 | $0.00 | $1,160.53 | $0.00 |
| 5 | DAWN MORACE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DITECH FINANCIAL, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | FRIEDBERG EYE ASSOC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | LAKES AT BANKBRIDGE HOMEOWNERS ASSOCIATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | LAKES AT BANKBRIDGE HOMEOWNERS ASSOCIATION | 24 | $4,166.17 | $0.00 | $4,166.17 | $0.00 |
| 10 | LIBERTY MUTUAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | TARGET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | VIRTUA SUMMIT SURGICAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | WEST JERSEY ANESTHESIA ASSOC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | Anthony Landolfi | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $221.51 | $0.00 | $221.51 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $936.37 | $0.00 | $936.37 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2017 | 6.00 | $0.00 |
| 03/01/2018 | Paid to Date | $2,730.00 |
| 04/01/2018 | 53.00 | $471.00 |
| 09/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $0.00 |
| Total paid to creditors this period: | $5,346.80 |
| Undistributed Funds on Hand: | $864.76 |
| Arrearages: | $31.00 |
| Attorney: | ANTHONY LANDOLFI, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**