UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
CHESTER A. LUSZCZ, ESQUIRE
429 White Horse Pike
Haddon Heights, NJ 08035
(856) 547-5510
Attorney for Lakes at Bankbridge Homeowners Assocation

In Re:
ROBERT M. MORACE, Debtor

Case No.: 17-27250
Chapter: 13
Judge: Jerrold N. Poslusny

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ___Lakes at Bankbridge___. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Chester A. Luszcz, Esquire
429 White Horse Pike
Haddon Heights, NJ 08035

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 09/17/2019

Signature

new 8 1 15