UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CHESTER A. LUSZCZ, ESQUIRE
429 White Horse Pike
Haddon Heights, NJ 08035
(856) 547-5510
Attorney for Lakes at Bankbridge
Homeowners Association

In Re:
ROBERT M. MORACE, Debtor

Case No.: 17-27250

Chapter: 13

Judge: Jerrold N. Poslusny

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Lakes at Bankbridge Homeowners Association, Creditor
(Example: John Smith, creditor)

Old address: Shivers, Gosney & Greatrex, LLC
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034

New address: c/o Realty Solutions, LLC
415 S. White Horse Pike, Suite 2
Audubon, NJ 08106

New phone no.: 855-547-4700 x6
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 09/18/2019

Signature

*rev.2 1 16*