UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Anthony Landolfi, Esquire
Professional Services Building
295 Bridgeton Pike
P.O. Box 111
Mantua, New Jersey  08051
(856)468-5900
Attorney for Debtor

**Order Filed on October 17, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

    ROBERT M. MORACE,
                      Debtor.

Case No.:   17-27250

Chapter:   13

Judge:   Jerrold N. Poslusny

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 17, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Anthony Landolfi_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____498.00\_\_\_\_\_ per month for \_\_\_\_\_36\_\_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*