UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Anthony Landolfi, Esquire
Professional Services Building
295 Bridgeton Pike
P.O. Box 111
Mantua, New Jersey  08051
(856)468-5900
Attorney for Debtor

Order Filed on April 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    ROBERT M. MORACE,
                  Debtor.

Case No.:    17-27250

Chapter:    13

Judge:    Jerrold N. Poslusny

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 29, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Anthony Landolfi_____, the applicant, is allowed a fee of $ \_\_\_\_400.00\_\_\_\_ for services rendered and expenses in the amount of $\_\_\_\_0.00\_\_\_\_ for a total of $\_\_\_\_400.00\_\_\_\_ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_513.00\_\_\_ per month for  28 remaining  months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Robert M. Morace  
     Debtor  

Case No. 17-27250-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 29, 2020  
                                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.  
db           +Robert M. Morace,    413 Eryn Road,    Wenonah, NJ 08090-1609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:

          Anthony    Landolfi    on behalf of Debtor Robert M. Morace anthony@landolfilaw.com,  
           kathy@landolfilaw.com  
          Chester A. Luszcz    on behalf of Creditor    Lakes at Bankbridge Homeowners Association, Inc.  
           luszcz@comcast.net,    bluszcz@comcast.net  
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          George C. Greatrex, Jr.    on behalf of Creditor    Lakes at Bankbridge Homeowners Association,  
           Inc. ggreatrex@sgglawfirm.com,    Jwebb@hillwallack.com;Ahenderson@hillwallack.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
           summarymail@standingtrustee.com  
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,  
           mortoncraigecf@gmail.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          William E. Craig    on behalf of Creditor    Ally Financial mortoncraigecf@gmail.com,  
           mortoncraigecf@gmail.com  
                                                                                                           TOTAL: 9