UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CHESTER A. LUSZCZ, ESQUIRE
429 White Horse Pike
Haddon Heights, NJ 08035
(856) 547-5510
CL5998

In Re: ROBERT M. MORACE,

Order Filed on August 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-27250-JNP

Adv. No.:

Hearing Date: 8/25/20 @ 10:00 A.M.

Judge: Jerrold N. Poslusny, Jr.

**CONSENT ORDER ALLOWING FOR CURE OF HOMEOWNER ASSOCIATION ARREARS TO LAKES AT BANKBRIDGE HOMEOWNERS ASSOCIATION, INC.**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 26, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor:            Robert M. Morace
Case No.:          17-27250-JNP
Caption of Order:  **CONSENT ORDER ALLOWING FOR CURE OF HOMEOWNER ASSOCIATION ARREARS TO LAKES AT BANKBRIDGE HOMEOWNERS ASSOCIATION, INC.**

Upon the Motion filed by secured creditor, Lakes at Bankbridge Homeowners Association, Inc., for relief from the automatic stay, with the consent of the debtor, Robert M. Morace, and for good cause shown;

IT IS ON THIS    day of                    , 2020,

**ORDERED** that the debtor, Robert M. Morace, is allowed to cure the post-petition arrears for homeowner association fees and charges as of July 16, 2020, in the amount of $1,794.60 plus an attorney fee of $450.00, and filing fee of $181.00 for this motion, for the total amount of $2,425.60;

**IT IS FURTHER ORDERED** that the arrears of $2,425.60 will be paid by the debtor directly to the Association outside of the plan as follows: a) $450.00 will be paid to the Association by August 31, 2020; and b) the debtor will pay the remaining balance of $1,975.60 over nine (9) months by making monthly payments of $219.51 directly to the Association beginning on September 25, 2020 and ending on May 25, 2021. In addition, the debtor will pay the quarterly association fees as the payments become due directly to Lakes at Bankbridge Homeowners Association, Inc., beginning on October 1, 2020 and will keep current in said quarterly payments.

**IT IS FURTHER ORDERED** that in the event the debtor fails to make a payment called for in this Order within thirty (30) days of its due date, the secured creditor may submit a certification of default and a proposed order for relief from the automatic stay to the court and serve a copy of such certification of default upon the debtor and his counsel. Fourteen (14) days after receipt of the certification of default, the Court will enter an order granting the secured party relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

The movant shall serve this Order on the debtor, debtor's counsel, the trustee, and any other party who entered an appearance on this motion.

Page 3
Debtor: Robert M. Morace
Case No.: 17-27250-JNP
Caption of Order: **CONSENT ORDER ALLOWING FOR CURE OF HOMEOWNER ASSOCIATION ARREARS TO LAKES AT BANKBRIDGE HOMEONERS ASSOCIATION, INC.**


S/Anthony Landolfi                              DATED: 8/21/2020
ANTHONY LANDOLFI, ESQUIRE
Attorney for Debtor,
Robert M. Morace


S/Chester A. Luszcz                             DATED: 8/21/2020
CHESTER A. LUSZCZ, ESQUIRE
Attorney for Creditor,
Lakes at Bankbridge Homeowners Association, Inc.

With a copy of this Order to:
Chester A. Luszcz, Esquire
429 White Horse Pike
Haddon Heights, NJ 08035