| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CHESTER A. LUSZCZ, ESQUIRE<br>429 White Horse Pike<br>Haddon Heights, NJ 08035<br>(856) 547-5510<br>CL 5998<br>Attorney for the Movant, Lakes at Bankbridge Homeowners Association, Inc. | Order Filed on December 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:  ROBERT M. MORACE, | Case No.: 17-27250-JNP, Chapter 13<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  Jerrold N. Poslusny, Jr. |

**ORDER GRANTING LAKES AT BANKBRIDGE HOMEONWERS ASSOCIATION, INC. RELIEF FROM THE AUTOMATIC STAY TO PERMIT THE MOVANT TO INSTITUTE COLLECTION ACTIVITY AGAINST THE DEBTOR, ROBERT M. MORACE AND CO-DEBTOR, DAWN MARIE MORACE, FOR POST-PETITION ARREARS**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: December 16, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Robert M. Morace |
| Case No.: | 17-27250-JNP |
| Caption of Order: | Order Granting Lakes at Bankbridge Homeowners Association, Inc. Relief from the Automatic Stay to Permit the Movant to Institute Collection Activity Against the Debtor, Robert M. Morace, and Co-Debtor, Dawn Marie Morace, for Post-Petition Arrears |

Upon the Certification of Default of Chester A. Luszcz, Esquire, Attorney for Lakes at Bankbridge Homeowners Association, Inc. under the Bankruptcy Code § 362(a) for relief from the automatic stay and relief from the co-debtor stay pursuant to 11 USC § 1301(c), and for good cause shown;

**IT IS ON THIS**     day of                    , 2020,

**ORDERED** that the automatic stay of the Bankruptcy Code § 362(a) is vacated to permit the movant to institute collection activity against the debtor, Robert M. Morace, and co-debtor, Dawn Marie Morace, for post-petition arrears.

**IT IS FURTHER ORDERED** that the debtor shall pay to the movant attorney fees in the amount of $450.00 for this Certification of Default.

The movant shall serve this Order on the debtor, co-debtor, debtor's counsel, the trustee, and any other party who entered an appearance on this certification of default.

With a copy of this Order to:

Chester A. Luszcz, Esquire
429 White Horse Pike
Haddon Heights, NJ 08035