UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

CHESTER A. LUSZCZ, ESQUIRE
429 White Horse Pike
Haddon Heights, NJ 08035
(856) 547-5510
CL 5998
Attorney for the Movant, Lakes at Bankbridge
Homeowners Association, Inc.

**Order Filed on December 16, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:  ROBERT M. MORACE,

Case No.: 17-27250-JNP, Chapter 13

Adv. No.:

Hearing Date:

Judge:  Jerrold N. Poslusny, Jr.

**ORDER GRANTING LAKES AT BANKBRIDGE HOMEONWERS ASSOCIATION, INC. RELIEF
FROM THE AUTOMATIC STAY TO PERMIT THE MOVANT TO
INSTITUTE COLLECTION ACTIVITY AGAINST THE DEBTOR, ROBERT M. MORACE
AND CO-DEBTOR, DAWN MARIE MORACE, FOR POST-PETITION ARREARS**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: December 16, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Robert M. Morace |
| Case No.: | 17-27250-JNP |
| Caption of Order: | Order Granting Lakes at Bankbridge Homeowners Association, Inc. Relief from the Automatic Stay to Permit the Movant to Institute Collection Activity Against the Debtor, Robert M. Morace, and Co-Debtor, Dawn Marie Morace, for Post-Petition Arrears |

Upon the Certification of Default of Chester A. Luszcz, Esquire, Attorney for Lakes at Bankbridge

Homeowners Association, Inc. under the Bankruptcy Code § 362(a) for relief from the automatic stay and relief

from the co-debtor stay pursuant to 11 USC § 1301(c), and for good cause shown;

**IT IS ON THIS**   day of                    , 2020,

**ORDERED** that the automatic stay of the Bankruptcy Code § 362(a) is vacated to permit the movant to

institute collection activity against the debtor, Robert M. Morace, and co-debtor, Dawn Marie Morace, for post-petition arrears.

**IT IS FURTHER ORDERED** that the debtor shall pay to the movant attorney fees in the amount of

$450.00 for this Certification of Default.

The movant shall serve this Order on the debtor, co-debtor, debtor's counsel, the trustee, and any other

party who entered an appearance on this certification of default.


With a copy of this Order to:

Chester A. Luszcz, Esquire
429 White Horse Pike
Haddon Heights, NJ 08035

2

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 17-27250-JNP |
|---|---|
| Robert M. Morace | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

**Recip ID            Recipient Name and Address**
db                    + Robert M. Morace, 413 Eryn Road, Wenonah, NJ 08090-1609

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Landolfi | on behalf of Debtor Robert M. Morace anthony@landolfilaw.com  kathy@landolfilaw.com |
| Chester A. Luszcz | on behalf of Creditor Lakes at Bankbridge Homeowners Association  Inc. luszcz@comcast.net, bluszcz@comcast.net |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| George C. Greatrex, Jr. | on behalf of Creditor Lakes at Bankbridge Homeowners Association  Inc. ggreatrex@sgglawfirm.com, Jwebb@hillwallack.com;Ahenderson@hillwallack.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |

District/off: 0312-1                              User: admin                                      Page 2 of 2
Date Rcvd: Dec 16, 2020                           Form ID: pdf903                                 Total Noticed: 1

                             on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
                             on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

U.S. Trustee
                             USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
                             on behalf of Creditor Ally Financial mortoncraigecf@gmail.com  mortoncraigecf@gmail.com


TOTAL: 9