Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−27250−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert M. Morace
   413 Eryn Road
   Wenonah, NJ 08090

Social Security No.:
   xxx−xx−4443

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/5/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: May 6, 2022
JAN: kvr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Robert M. Morace  
    Debtor

Case No. 17-27250-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: May 06, 2022      Form ID: 148      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert M. Morace, 413 Eryn Road, Wenonah, NJ 08090-1609 |
| cr | + | Lakes at Bankbridge Homeowners Association, Inc., c/o Pinnacle Realty Services, 151 Fries Mill Road, Unit 502, Turnersville, NJ 08012-2016 |
| 517029247 | + | Dawn Morace, 413 Eryn Road, Wenonah, NJ 08090-1609 |
| 517029248 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 517117554 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517029249 | + | Friedberg Eye Assoc, 661 N Broad St, Woodbury, NJ 08096-1621 |
| 518466411 | | Lakes at Bankbridge, Chester A. Luszcz. Esquire, 429 White Horsc Pikc, Haddon Heights. NJ 08035 |
| 517029251 | + | Lakes at Bankbridge HOA, Atten: Douglas Baker, Esq, 236 Pine Valley Lane, Sewell, NJ 08080-1108 |
| 517029250 | +++ | Lakes at Bankbridge HOA, c/o Realty Solutions, LLC., 415 S. White Horse Pike Suite 2, Audubon, NJ 08106-1310 |
| 517029253 | + | South Jersey Gas, 142 South Main Street, Hammonton, NJ 08037-8926 |
| 518586185 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518586186 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 517029256 | + | Virtua Summit Surgical, Atten: Apex Asset Mgmt., LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 517029257 | + | West Jersey Anesthesia Assoc, Atten: Capital Collection Services, PO Box 150, West Berlin, NJ 08091-0150 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 06 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519258315 | + | EDI: AISACG.COM | May 07 2022 00:28:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517078622 | | EDI: GMACFS.COM | May 07 2022 00:28:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 517029243 | + | EDI: GMACFS.COM | May 07 2022 00:28:00 | Ally Financial, PO Box 380901, Lewiston, ME 55438-0901 |
| 517029244 | + | Email/Text: bankruptcy@pepcoholdings.com | May 06 2022 20:38:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 517063701 | + | Email/Text: bankruptcy@pepcoholdings.com | May 06 2022 20:38:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 517029245 | + | EDI: CAPITALONE.COM | May 07 2022 00:28:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517029246 | + | EDI: CRFRSTNA.COM | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 07 2022 00:28:00 | Credit First, PO Box 81315, Cleveland, OH 44181-0315 |
| 517111468 | | EDI: CRFRSTNA.COM | | |
| | | | May 07 2022 00:28:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517029252 | + | EDI: CCS.COM | | |
| | | | May 07 2022 00:28:00 | Liberty Mutual, Atten: Cred Collection Serv, PO Box 55126, Boston, MA 02205-5126 |
| 517112133 | | EDI: PRA.COM | | |
| | | | May 07 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518586185 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | May 06 2022 20:38:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518586186 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | May 06 2022 20:38:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517029255 | | EDI: TDBANKNORTH.COM | | |
| | | | May 07 2022 00:28:00 | TD Bank, PO Box 219, Lewiston, ME 04243 |
| 517029254 | + | EDI: WTRRNBANK.COM | | |
| | | | May 07 2022 00:28:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 517170226 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2022           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Landolfi | on behalf of Debtor Robert M. Morace anthony@landolfilaw.com kathy@landolfilaw.com |
| Chester A. Luszcz | on behalf of Creditor Lakes at Bankbridge Homeowners Association Inc. luszcz@comcast.net, bluszcz@comcast.net |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 06, 2022 | Form ID: 148 | Total Noticed: 28 |

| | |
|---|---|
| George C. Greatrex, Jr. | on behalf of Creditor Lakes at Bankbridge Homeowners Association Inc. ggreatrex@sgglawfirm.com, Jwebb@hillwallack.com;Ahenderson@hillwallack.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Ally Financial mortoncraigecf@gmail.com mortoncraigecf@gmail.com |

TOTAL: 9