| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Anthony Landolfi, Esquire |
| 295 Bridgeton Pike |
| P.O. Box 111 |
| Mantua, New Jersey  08051 |
| 856-468-5900 |
| Attorney for Debtor |

In Re:

ROBERT M. MORACE,

Debtor(s)

Case No.: 17-27250

Chapter: 13

Adv. No.: _____

Hearing Date: July 26, 2022

Judge: Jerrold N. Poslusny

## CERTIFICATION OF SERVICE

1. I, _____Kathleen Giovene_____ :

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for Anthony Landolfi, Esq., who represents the _____Debtor_____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On _____June 30, 2022_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Notice of Motion to Vacate Dismissal and Reinstate Chapter 13 Case
   Certification in Support of Motion to Vacate Dismissal
   Proposed Order
   Application for Order Shortening Time

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: _____June 30, 2022_____        /s/ Kathleen Giovene
                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ  08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| The Honorable Jerrold N. Poslusny, Jr.<br>United States Bankruptcy Court<br>P.O. Box 2067<br>Camden, New Jersey  08101 | Judge | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center - Suite 2100<br>Newark, NJ  07102 | U.S. Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Robert P. Saltzman, Esquire<br>Pluese Becker & Saltzman, LLC<br>20000 Horizon Way<br>Suite 900<br>Mt. Laurel, NJ  08054 | Attorney for Ditech Financial, LLC | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ally Financial<br>P.O. Box 130424<br>Roseville, MN  55113-0004 | Creditor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Ally Financial<br>c/o John R. Morton, Jr., Esq.<br>Morton & Craig, LLC<br>110 Marter Ave. - Suite 301<br>Moorestown, NJ 08057 | Attorney for Creditor, Ally Financial | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Atlantic City Electric<br>5 Collins Drive<br>Suite 2133<br>Mail Stop 84CP42<br>Carneys Point, NJ  08069 | Creditor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Capital One Bank (USA), N.A.<br>P.O. Box 71083<br>Charlotte, NC  28272-1083 | Creditor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lakes at Bankbridge HOA<br>c/o Pinnacle Realty Services<br>151 Fries Mill Road - Suite 502<br>Turnersville, NJ 08012 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Lakes at Bankbridge HOA<br>c/o George C. Greatrex, Jr., Esquire<br>Shivers, Gosnay & Greatrex, LLC<br>1415 Route 70 East - Suite 309<br>Cherry Hill, NJ 08034 | Attorney for Creditor, Lakes at Bankbridge HOA | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Credit First, NA<br>P.O. Box 818011<br>Cleveland, OH 44181 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| TD Bank USA, N.A.<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue<br>Suite 400<br>Seattle, WA 98121 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.5/14/12*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Ditech Financial LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 | Creditor | Regular Mail |
| Ditech Financial, LLC<br>c/o Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue - Suite 406<br>Westmont, NJ 08108 | Attorney for DiTech Financial, LLC | Regular Mail |
| Ditech Financial, LLC<br>c/o Brian C. Nicholas, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue - Suite 406<br>Westmont, NJ 08108 | Attorney for DiTech Financial, LLC | Regular Mail |
| Friedberg Eye Associates<br>661 N. Broad Street<br>Woodbury, NJ 08096 | Creditor | Regular Mail |
| Dawn Morace<br>413 Eryn Road<br>Wenonah, NJ 08090 | Wife of Debtor | Regular Mail |
| Liberty Mutual<br>Attn: Credit Collection Services<br>P.O. Box 55126<br>Boston, MA 02205 | Creditor | Regular Mail |
| South Jersey Gas<br>142 South Main Street<br>Hammonton, NJ 08037 | Creditor | Regular Mail |
| Target<br>P.O. Box 673<br>Minneapolis, MN 55440 | Creditor | Regular Mail |
| Virtua Summit Surgical<br>Attn: Apex Asset Mgmt., LLC<br>P.O. Box 5407<br>Lancaster, PA 17606 | Creditor | Regular Mail |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| West Jersey Anesthesia Assoc.<br>Attn: Capital Collection Services<br>P.O. Box 150<br>West Berlin, NJ  08091 | Creditor | Regular Mail |

**File a Motion:**

<u>17-27250-JNP Robert M. Morace</u> **Debtor dismissed** 05/05/2022

Type: bk
Assets: y

Chapter: 13 v
Debtor disposition: Dismissed for failure to make plan payments

Office: 1 (Camden)
Judge: JNP

Case Flag: DISMISSED DebtEd
SUPDIS CONFIRMED

FILED
JEANNE A. NAUGHTON, CLERK

JUL - 5 2022

**U.S. Bankruptcy Court**

**District of New Jersey**

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____ DEPUTY

Notice of Electronic Filing

The following transaction was received from Anthony Landolfi entered on 6/30/2022 at 3:31 PM EDT and filed on 6/30/2022
**Case Name:** Robert M. Morace
**Case Number:** <u>17-27250-JNP</u>
**Document Number:** <u>96</u>

**Docket Text:**
Application to Shorten Time (related document:[95] Motion to Vacate Dismissal of Case filed by Debtor Robert M. Morace) Filed by Anthony Landolfi on behalf of Robert M. Morace. (Attachments: # (1) Proposed Order # (2) Certificate of Service) (Landolfi, Anthony)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Application for Order Shortenting Time - June 2022.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=6/30/2022] [FileNumber=59890988-0] [1d05736ebef1fc41b673af330f34a28a01ffe2f9dd7fd6c962c20444cecd0cee40
3587f7811886c3b42949e9789692a3572b8ee70c34e823bd144fa7a00a530e]]
**Document description:** Proposed Order
**Original filename:** C:\fakepath\Order Shortening Time - Motion to Vacate Dismissal.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=6/30/2022] [FileNumber=59890988-1] [06b8657f94a10ee8841f76fbd2164ac120f3cfd3959afd8a6e72a1131f0644c18d
efb64dd2eabec1b5dfe12729a5088e7d576fbc4107576491b0bcc8f5d6c992]]
**Document description:** Certificate of Service
**Original filename:** C:\fakepath\Cert of Service - Motion to Reinstate June 2022.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=6/30/2022] [FileNumber=59890988-2] [7664ce3c7f7d0458c992b5e3432e34cde8aca158e4c4c80c4c7c651d5ecf3db975
b85d3d6a01e200ec534744b23eba9ce12242d1b4cee6c45d522fb0b08d1155]]

**17-27250-JNP Notice will be electronically mailed to:**

Isabel C. Balboa
ecfmail@standingtrustee.com, summarymail@standingtrustee.com

Isabel C. Balboa on behalf of Trustee Isabel C. Balboa

ANTHONY LANDOLFI, ESQUIRE
Professional Services Building
295 Bridgeton Pike
PO Box 111
Mantua, NJ 08051
(856)468-5900
Attorney for Debtor

|  |  |
|---|---|
| IN RE: | : UNITED STATES BANKRUPTCY COURT |
|  | : DISTRICT OF NEW JERSEY |
| ROBERT M. MORACE, | : Case No: 17-27250 |
|  | : Hearing Date: |
| Debtor(s). |  |
|  | : Judge: Jerrold N. Poslusny, Jr. |

## APPLICATION FOR ORDER SHORTENING TIME

The applicant, <u>Anthony Landolfi, Esquire</u> on behalf of <u>Debtor, Robert M. Morace</u> requests that the time period to/for <u>the hearing on Debtor's Motion to Vacate Dismissal and Reinstate Case</u>, as required by _____ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:

   Debtor has only three (3) months to complete his Chapter 13 Plan. If Debtor is not reinstated as quickly as possible, Debtor's vehicle will be repossessed by the creditor, causing Debtor further financial difficulties.

2. State the hearing dates requested:

   The week of July 5th.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: June 30, 2022                                    /s/ Anthony Landolfi
                                                                    Signature

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Anthony Landolfi, Esquire
Professional Services Building
295 Bridgeton Pike
PO Box 111
Mantua, New Jersey  08051
856-468-5900
Attorney for Debtor

In Re:

    ROBERT M. MORACE,
                        Debtor.

Case No.:  17-27250

Chapter:  13

Judge:  Jerrold N. Poslusny Jr

## ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

## File a Motion:

<u>17-27250-JNP Robert M. Morace</u> Debtor dismissed 05/05/2022

Type: bk  
Assets: y  

Chapter: 13 v  
Debtor disposition: Dismissed for failure to make plan payments  

Office: 1 (Camden)  
Judge: JNP  

Case Flag: DISMISSED DebtEd
SUPDIS CONFIRMED

**U.S. Bankruptcy Court**

**District of New Jersey**

FILED
JEANNE A. NAUGHTON, CLERK

JUL -5 2022

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

Notice of Electronic Filing

The following transaction was received from Anthony Landolfi entered on 6/30/2022 at 3:21 PM EDT and filed on 6/30/2022

**Case Name:**      Robert M. Morace
**Case Number:**    <u>17-27250-JNP</u>
**Document Number:** <u>95</u>

**Docket Text:**
Motion to Vacate Dismissal of Case Filed by Anthony Landolfi on behalf of Robert M. Morace. (Attachments: # (1) Certification # (2) Proposed Order # (3) Certificate of Service) (Landolfi, Anthony)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** NOTICE OF MOTION TO REINSTATE - June 2022.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=6/30/2022] [FileNumber=59890844-0] [02016a78e119964eebe90ff2cf0e6b24b8148317b267b1e11293335c914332bcb1fee4808bb6ac48e90d3d07563b504578977bf8ac215ffa7f8420b1e4f6739b]]
**Document description:** Certification
**Original filename:** C:\fakepath\Supporting Cert - Reinstatement - June 2022.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=6/30/2022] [FileNumber=59890844-1] [1ca534e324424fd93941d489e79fae08b2233eaa496ec1ff6f9f66c05bff61278bceb968c531e8d82137e4be4aef2e4516cdcc1dc4800a4da14a2aa3d2d1e0e0]]
**Document description:** Proposed Order
**Original filename:** C:\fakepath\Proposed Order Vacate Dismissal - June 2022.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=6/30/2022] [FileNumber=59890844-2] [8eb9577b79d9f46067c377d65ec4eb7e7bd9c198997ce0abe58c6a5f28495de9f2a35ebc3b917279e5f274824105e390728fe56181072cc84d438eb9cb770265]]
**Document description:** Certificate of Service
**Original filename:** C:\fakepath\Cert of Service - Motion to Reinstate June 2022.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=6/30/2022] [FileNumber=59890844-3] [5cf38c15999f4fe4ce8c6437fc585b238681e7f6b4678e63c30f15328f7801fac9365b59f938d08078caca9bdb03f49e1c9b478b90715674898a34c23f6fb815]]

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Anthony Landolfi, Esquire<br>Professional Services Building<br>295 Bridgeton Pike<br>PO Box 111<br>Mantua, New Jersey 08051<br>856-468-5900<br>Attorney for Debtor | |
| In Re:<br>    Robert M. Morace,<br><br>                Debtor. | Case No.: 17-27250<br>Chapter: 13<br>Judge: Jerrold N. Poslusny, Jr. |

**ORDER ON MOTION TO VACATE DISMISSAL OF CASE**

The relief set forth on the following page is hereby **ORDERED**.

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

☒ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to _____ at _____.

☐ ORDERED that the motion to vacate order dismissing case is denied.

☐ ORDERED (Other): _____

_____.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.4/28/2021*

2

ANTHONY LANDOLFI, ESQUIRE, P.C.
Professional Services Building
295 Bridgeton Pike
PO Box 111
Mantua, NJ 08051
(856)468-5900
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY, CAMDEN DIVISION

In Re:                                          : CASE NO:   17-27250 (JNP)
                                                :
ROBERT M. MORACE,                               :
                                                : CHAPTER 13
                                                :
                    Debtor.                     :

## NOTICE OF MOTION TO VACATE DISMISSAL
## AND REINSTATE CHAPTER 13 PLAN AND CHAPTER 13 PETITION

**PLEASE TAKE NOTICE** that on the _____ day of July 2022, or as soon thereafter as counsel may be heard, the undersigned, as Attorney for Debtor, will move before the United States Bankruptcy Court, the Honorable Jerrold N. Poslusny, Jr., presiding at the Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Courtroom 4C, Camden, New Jersey, for an Order Vacating Dismissal and Reinstating Chapter 13 Petition.

Dated:  June 30, 2022                           Respectfully submitted,


                                                BY: _/s/ Anthony Landolfi_____
                                                     ANTHONY LANDOLFI, ESQUIRE

ANTHONY LANDOLFI, ESQUIRE, P.C.
Professional Services Building
295 Bridgeton Pike
PO Box 111
Mantua, NJ  08051
(856)468-5900
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY, CAMDEN DIVISION

In Re:

ROBERT M. MORACE,

    Debtor.

: CASE NO:  17-27250 (JNP)
:
:
: **CHAPTER 13**
:
:

## CERTIFICATION IN SUPPORT OF MOTION TO VACATE DISMISSAL AND REINSTATE CHAPTER 13 PETITION AND PLAN

I, Robert M. Morace, debtor in the above-captioned matter, hereby certify as follows:

1. I filed for protection under 11 U.S.C. Chapter 13 on August 25, 2017.

2. My bankruptcy case was dismissed on May 6, 2022 due to the following: a) failure to make all trustee payments.

3. I failed to make Trustee payments because I was out of work for a period of time after having surgery for my appendix, as well as having to take additional time off from work for my youngest daughter, who was going through a personal hardship.

4. I have only three months left to complete my Chapter 13 Plan, and my intention is to have my Petition and Plan Reinstated and to make three payments of $1,419.00, with the first being on July 15, 2022, then August 15, 2022 and, finally, September 15, 2022, which allows me to cure my arrears and complete my plan in the required time period.

5. This Certification is made in Support of Motion to Vacate Dismissal, Reinstate Chapter 13 Petition and Plan.

I hereby certify that all of the above statements are true and correct to the best of my information, knowledge and belief.  I understand that if any of the foregoing statements are found to be wilfully false, I am subject to punishment.

Dated:  June 30, 2022

/s/ Robert M. Morace
Robert M. Morace, Debtor



*Anthony Landolfi, Esq., P.C.*
PROFESSIONAL SERVICES BLDG.
295 BRIDGETON PIKE
P.O. BOX 111
MANTUA, NEW JERSEY 08051

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08101