| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br><br>ROBERT M. MORACE,<br><br>Debtor. | Case No.:<br>Chapter:<br>Judge: | 17-27250<br>13<br>Jerrold N. Poslusny |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __ROBERT M. MORACE__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8-30-23

_/s/ Robert M. Morace_
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a __completed__ Certification in Support of Discharge.

rev.6/16/17