UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

ANTHONY LANDOLFI, ESQUIRE, P.C.
Professional Services Building
295 Bridgeton Pike
PO Box 111
Mantua, NJ 08051
(856) 468-5900
Attorney for Debtor

Order Filed on September 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert M. Morace,
             Debtor.

Case Number:  17-27250

Judge:  Jerrold N. Poslusny

Chapter:  13

Recommended Local Form:  ☒ Followed    ☐ Modified

## ORDER TO RE-OPEN AND REINSTATE DEBTOR'S CHAPTER 13 CASE

The relief set forth on the following page is hereby **ORDERED**:

**DATED: September 26, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Anthony Landolfi, Esquire and, for good cause shown, it is

**ORDERED:**

1. The Order Closing Debtor's Case Without a Discharge is Vacated;

2. Debtors' Case is Reopened and shall be Reinstated for the sole purpose of allowing Debtor to file the required Certification in Support of Discharge and obtain his Chapter 13 Discharge.