UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

ANTHONY LANDOLFI, ESQUIRE, P.C.
Professional Services Building
295 Bridgeton Pike
PO Box 111
Mantua, NJ 08051
(856) 468-5900
Attorney for Debtor

Order Filed on September 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert M. Morace,
　　　　　　Debtor.

Case Number:　17-27250

Judge:　Jerrold N. Poslusny

Chapter:　13

Recommended Local Form:　　☒ Followed　　☐ Modified

## ORDER TO RE-OPEN AND REINSTATE DEBTOR'S CHAPTER 13 CASE

The relief set forth on the following page is hereby **ORDERED**:

**DATED: September 26, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Anthony Landolfi, Esquire and, for good cause shown, it is

**ORDERED:**

1. The Order Closing Debtor's Case Without a Discharge is Vacated;

2. Debtors' Case is Reopened and shall be Reinstated for the sole purpose of allowing Debtor to file the required Certification in Support of Discharge and obtain his Chapter 13 Discharge.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-27250-JNP

Robert M. Morace  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 27, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert M. Morace, 413 Eryn Road, Wenonah, NJ 08090-1609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Landolfi | on behalf of Debtor Robert M. Morace anthony@landolfilaw.com kathy@landolfilaw.com |
| Chester A. Luszcz | on behalf of Creditor Lakes at Bankbridge Homeowners Association Inc. luszcz@comcast.net, bluszcz@comcast.net |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| George C. Greatrex, Jr. | on behalf of Creditor Lakes at Bankbridge Homeowners Association Inc. ggreatrex@sgglawfirm.com, Jwebb@hillwallack.com;Ahenderson@hillwallack.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 27, 2023 | Form ID: pdf903 | Total Noticed: 1

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 9