**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert M. Morace<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4443<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  17–27250–JNP | | |

# Order of Discharge                                                                                         12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Robert M. Morace

9/28/23                                                                 **By the court:**  Jerrold N. Poslusny Jr.
                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support
     obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 17-27250-JNP
Robert M. Morace                                                                    Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1               User: admin                                   Page 1 of 3
Date Rcvd: Sep 28, 2023       Form ID: 3180W                             Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

+++ Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert M. Morace, 413 Eryn Road, Wenonah, NJ 08090-1609 |
| cr | + | Lakes at Bankbridge Homeowners Association, Inc., c/o Pinnacle Realty Services, 151 Fries Mill Road, Unit 502, Turnersville, NJ 08012-2016 |
| 517029247 | + | Dawn Morace, 413 Eryn Road, Wenonah, NJ 08090-1609 |
| 517029248 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 517117554 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517029249 | + | Friedberg Eye Assoc, 661 N Broad St, Woodbury, NJ 08096-1621 |
| 518466411 | | Lakes at Bankbridge, Chester A. Luszcz. Esquire, 429 White Horsc Pikc, Haddon Heights. NJ 08035 |
| 517029251 | + | Lakes at Bankbridge HOA, Atten: Douglas Baker, Esq, 236 Pine Valley Lane, Sewell, NJ 08080-1108 |
| 517029250 | +++ | Lakes at Bankbridge HOA, c/o Realty Solutions, LLC., 415 S. White Horse Pike Suite 2, Audubon, NJ 08106-1310 |
| 517029253 | + | South Jersey Gas, 142 South Main Street, Hammonton, NJ 08037-8926 |
| 517029256 | + | Virtua Summit Surgical, Atten: Apex Asset Mgmt., LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 517029257 | + | West Jersey Anesthesia Assoc, Atten: Capital Collection Services, PO Box 150, West Berlin, NJ 08091-0150 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 28 2023 22:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 28 2023 22:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519258315 | + | EDI: AISACG.COM | Sep 29 2023 01:58:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517078622 | | EDI: GMACFS.COM | Sep 29 2023 01:51:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 517029243 | + | EDI: GMACFS.COM | Sep 29 2023 01:51:00 | Ally Financial, PO Box 380901, Lewiston, ME 55438-0901 |
| 517029244 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 28 2023 22:50:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 517063701 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 28 2023 22:50:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 517029245 | + | EDI: CAPITALONE.COM | Sep 29 2023 01:58:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517029246 | + | EDI: CRFRSTNA.COM | Sep 29 2023 01:51:00 | Credit First, PO Box 81315, Cleveland, OH 44181-0315 |
| 517111468 | | EDI: CRFRSTNA.COM | | |

Case 17-27250-JNP    Doc 119    Filed 09/30/23    Entered 10/01/23 00:17:03    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 3180W | Total Noticed: 28 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 29 2023 01:51:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517029252 | + | EDI: CCS.COM | Sep 29 2023 01:58:00 | Liberty Mutual, Atten: Cred Collection Serv, PO Box 55126, Boston, MA 02205-5126 |
| 517112133 | | EDI: PRA.COM | Sep 29 2023 01:58:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518586185 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 28 2023 22:50:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518586186 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 28 2023 22:50:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517029255 | | EDI: TDBANKNORTH.COM | Sep 29 2023 01:58:00 | TD Bank, PO Box 219, Lewiston, ME 04243 |
| 517029254 | + | EDI: WTRRNBANK.COM | Sep 29 2023 01:58:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 517170226 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Landolfi | on behalf of Debtor Robert M. Morace anthony@landolfilaw.com kathy@landolfilaw.com |
| Chester A. Luszcz | on behalf of Creditor Lakes at Bankbridge Homeowners Association Inc. luszcz@comcast.net, bluszcz@comcast.net |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| George C. Greatrex, Jr. | on behalf of Creditor Lakes at Bankbridge Homeowners Association Inc. ggreatrex@sgglawfirm.com, |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 28, 2023 | Form ID: 3180W | Total Noticed: 28 |

| | |
|---|---|
| | Jwebb@hillwallack.com;Ahenderson@hillwallack.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 9